FILED
JUN -7 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| ELLA HENDERSON, ) | 4:18CR485 HEA/NAB |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

On or about December 31, 2015, within the Eastern District of Missouri, the defendant,

**ELLA HENDERSON,**

did embezzle, steal, purloin, or knowingly convert to her use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $733.00 in the form of Social Security Administration Supplemental Security Income benefit payments, creating a total loss to the Government of $67,872.40.

In violation of Title 18, United States Code, Section 641.

## COUNT 2

The Grand Jury further charges that:

On or about February 1, 2016, within the Eastern District of Missouri, the defendant,

**ELLA HENDERSON,**

did embezzle, steal, purloin, or knowingly convert to her use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $733.00 in the form of Social Security Administration Supplemental Security Income benefit payments, creating a total loss to the Government of $67,872.40.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney

2